# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE K.S. ESPRECION,<br><br>  Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORP.,<br><br>  Defendant. | 2:15-cv-01452-RCJ-VCF<br><br>**ORDER** |

This case arises out of a slip-and-fall accident. Pending before the Court is a Motion for Summary Judgment (ECF No. 15). Because Defendant has adduced additional evidence in its reply, the Court will give Plaintiff an opportunity to submit additional evidence via surreply.

**CONCLUSION**

IT IS HEREBY ORDERED that Plaintiff may file a surreply within seven (7) days of the entry of this order into the electronic docket. The page limit is twenty (20). No surreply from Defendant is permitted.

IT IS SO ORDERED.

Dated this 14th day of July, 2016.

_____
ROBERT C. JONES
United States District Judge