**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMIE KS ESPRECION, | Case No.: 2:15-CC-01452-RCJ-VCF |
| Plaintiff, | |
| vs. | **ORDER SCHEDULING ORAL ARGUMENT** |
| COSTCO WHOLESALE CORPORATION, *et al.*, | |
| Defendants. | |

Presently before the Court is Costco Wholesale Corporation's Motion for Summary Judgment (Oral Argument Requested) (ECF #15).   Accordingly,

IT IS HEREBY ORDERED that the Oral Argument is set for 09:000 A.M., Thursday, August 25, 2016, in LAS VEGAS Courtroom 4B, before Judge Robert C. Jones.

IT IS SO ORDERED this 21st day of July, 2016.

_____
ROBERT C. JONES
District Judge