AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF   NEVADA

JAMIE KS ESPRECION,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **2:15-cv-01452-RCJ-VCF**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment (ECF No. 15) is **granted.**

September 14, 2016                                                                   **LANCE S. WILSON**
                                                                                                  Clerk

                                                                                                  /s/ K. Rusin
                                                                                                  Deputy Clerk